## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-20805-CR-WILLIAMS

**UNITED STATES OF AMERICA**

**v.**

**JULIO CESAR ALVAREZ-MARTINEZ,**

       **Defendant**.

_____/

### UNITED STATES' WITNESS LIST

The United States of America hereby submits its list of witnesses whom it reserves the right to call in its case-in-chief at trial. The United States makes no representation regarding whether it has subpoenaed any particular witness for trial and reserves the right to call witnesses not listed.

1. LCDR Robert O'Donnell
2. LT Taylor Andrews
3. AMT1 Joel Edwards
4. ME1 Kevin Mallory
5. BM2 Sean Regan
6. Special Agent Chris Wilkins, Expert
7. Jose Ricardo Bautista-Vasquez
8. John Shine, Special Agent, DEA.

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

/s/ Kevin Quencer
KEVIN QUENCER
Assistant United States Attorney
Court ID No. A5501891
99 N.E. 4th Street
Suite 700
Miami, Florida 33132
305.961.9268
305.530.7213 Facsimile
Kevin.Quencer@usdoj.gov

2