UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-20805-WILLIAMS

UNITED STATES OF AMERICA

v.

JUAN DAVID CADENA-MERCUA, AND
JOSE RICARDO BAUTISTA-VASQUEZ,

    Defendants.
_____/

## UNITED STATES' MOTION FOR REDUCTION OF SENTENCE PURSUANT TO UNITED STATES SENTENCING GUIDELINES SECTION 5K1.1

Pursuant to United States Sentencing Guidelines ("USSG") Section 5K1.1, the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves for a reduction in the sentences of the above named defendants in order to reflect their substantial assistance in the prosecution of others. In support of this motion, the government states as follows:

    1.    Based on the facts of this case, as will be detailed at the sentencing hearing, the defendants' assistance warrants a reduction in their sentences pursuant to USSG § 5K1.1.

    2.    Accordingly, the United States respectfully moves this Court for a reduction in the defendants' sentences as follows:

    **Jose Ricardo Bautista-Vasquez:  40%**

    **Juan David Cadena-Mercua: 20%**

WHEREFORE the United States requests the Court grant this motion.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    UNITED STATES ATTORNEY

By:  /s/ Kevin S. Quencer
    Kevin S. Quencer
    Assistant United States Attorney
    Court ID No. A5501892
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9268
    Fax: (305) 536-4699
    Kevin.quencer@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on May 31, 2018, and a copy was provided to all counsel of record by that means.

    /s/ Kevin S. Quencer
    Assistant United States Attorney