UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CR-20805-WILLIAMS

**UNITED STATES OF AMERICA**

**v.**

**DAVID GOMEZ-CORADO,**

    **Defendant.**
_____/

**<u>UNITED STATES' MOTION FOR REDUCTION OF SENTENCE PURSUANT
TO UNITED STATES SENTENCING GUIDELINES SECTION 5K1.1</u>**

Pursuant to United States Sentencing Guidelines ("USSG") Section 5K1.1, the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves for a reduction in the sentence of the above named defendant in order to reflect his substantial assistance in the investigation and prosecution of others. In support of this motion, the government states as follows:

1. Based on the facts of this case, as will be detailed at the sentencing hearing, the defendant's assistance warrants a reduction in his sentence pursuant to USSG § 5K1.1.

2. Accordingly, the United States respectfully moves this Court for a reduction in the defendant's sentence of 20%

WHEREFORE the United States requests the Court grant this motion.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:  /s/ Kevin S. Quencer
       Kevin S. Quencer
       Assistant United States Attorney
       Court ID No. A5501892
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9268
       Fax: (305) 536-4699
       Kevin.quencer@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on October 1, 2018, and a copy was provided to all counsel of record by that means.

        /s/ Kevin S. Quencer
        Assistant United States Attorney