UNITED STATES OF AMERICA
Southern District of Florida
Miami Division

United States of America
Plaintiff

vs.

Case No. 17-CR-20805-5-KMW

Juan David Cadena-Mercua

Defendant

FILED BY _____ D.C.
SEP 26 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO COMPEL THE GOVERNMENT TO FILE A SENTENCE REDUCTION

Comes now, Juan David Cadena-Mercua, the "defendant", pro-se and without the benefit of counsel to ask this court to grant my motion to compel the government to file a **sentence reduction** based on Rule 35 the U.S.C.

On August 31st, 2017, I was arrested and charged with "Conspiracy to possess with intent to distribute cocaine on board a vessel subject to the jurisdiction of the United States."

On May 31st 2018 I was sentenced to 70 months in Federal custody and later transfered to D. Ray James Correctional facility. Immediately after my arrest, I voluntered to cooperate with the authorities in regards to my case and any other information that I could provide that could be useful to them. Before my sentencing date, I met several times with the agents in charge of my capture as well as with AUSA Quencer in which I was asked about Mr. Jefferson Chavez and Mr. Luis Carvajal.

I was asked to identify them in a photo line up, as well as to provide them with any information regarding their operation in Colombia.

During our last debriefing meeting, I was told that my information was helpful and that, upon their capture and extradition I would receive the benefit of a possible sentence reduction.

It is my understanding that both Mr. Jefferson Chavez and Mr. Luis Carvajal have been captured and extradited. It is safe to assume that my information could be then considered "substantial" and, if this court finds it appropriate, I could receive a sentence reduction under Rule 35 of the U.S.C.

Therefore, I come humbly today, asking this honorable court to grant me this motion.

I respectfuly submit this motion on this 23rd day of September of 2019.

*JUAN DAVID CADENA,*
Juan David Cardena-Mercua
Reg. No.15089-104
D. Ray James Correctional Facility
PO BOX 2000
Folkston, GA 31537

Juan David Cadena-Mercua
Reg No. 15089-104
D. Ray James Correctional Facility
PO BOX 2000
Folkston, GA 31537

JACKSONVILLE FL 320
23 SEP 2019 PM 1 L

United States Court
400 North Miami Avenue, Room 8
Miami, Fl 33128

33128-180199

SEP 26 2019
11:32 AM

USMS
INSPECTED   RECEIVED

SEP 20 2019