### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### Case No. 17-20805-CR-KMW

**UNITED STATES OF AMERICA**

**vs.**

**JUAN DAVID CADENA-MERCUA,**

    **Defendant.**

_____/

### RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL A REDUCTION PURSUANT TO FED. R. CRIM. P. RULE 35

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully submitting this response in opposition to the motion of defendant **JUAN DAVID CADENA-MERCUA** ("Defendant").   For the reasons stated below, the Court should deny the motion.

1.     The Defendant pled guilty to conspiring to distribute cocaine onboard a vessel subject to the jurisdiction of the United States, in violation of Title 46, U.S.C., Section 70506(b). He was sentenced to 70 months' incarceration, having received a reduction pursuant to the government's motion under Section 5K1.1 of the United States Sentencing Guidelines.   It was a motion the government made even though the Defendant, unlike his co-defendant who also received a Section 5K1.1 reduction, did not testify at a trial.   Thus, the motion by the government effectively gave the Defendant credit for being available as a potential trial witness and otherwise providing information to the government.   Without that motion by the government, the Defendant would have been subject to a mandatory minimum sentence of 120 months' incarceration.

2.     The Defendant has filed a *pro se* motion [DE 159] to compel a further reduction, purportedly on the basis of his assistance in the prosecution of Jefferson Chavez and Luis Carvajal.

However, the Defendant has not provided substantial assistance beyond that discussed in the government's prior motion, much less provided assistance with respect to the two named individuals.   Jefferson Chavez has not been charged with a violation of U.S. law (or "captured and extradited") and Luis Carvajal, who is pending extradition to the United States, had already been indicted months before the Defendant ever met with the government.   The government further notes that it does not anticipate using any information from the Defendant in the future, and specifically will not be using any information the Defendant provided to seek a conviction against Carvajal once he arrives in this District.   Therefore, there is no basis for a further reduction and the Defendant's motion should be denied.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:     ___/S/_____

WALTER M. NORKIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502189
99 N. E. 4th Street
Miami, Florida   33132-2111
TEL (305) 961-9406
FAX (305) 530-7976
Walter.Norkin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed the foregoing document with the Clerk of the Court and served copies upon counsel of record for the defendants via ECF on October 4, 2019.   A copy was also mailed to Juan David Cadena-Mercua, USM 15089-104, D. Ray James Correctional Facility, PO Box 2000, Folkston GA 31537.

_____/s/_____
Walter M. Norkin
Assistant United States Attorney