UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20805-CR-WILLIAMS

UNITED STATES OF AMERICA,

vs.

DAVID GOMEZ CORADO,

Defendant.
_____/

☐ SEALED
☒ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
____ years; ____ (specific date);
____ permanently; ____ (other).

## ORDER TO UNSEAL JUDGMENT

Before the Court is the United States of America's Motion to Unseal Judgment in this case as to defendant David Gomez Corado for the limited purpose of disclosure in connection with the defendant's pending international prisoner transfer request. Having considered the motion and being otherwise fully apprised in the premises, and finding good cause therefore, it is hereby ORDERED and ADJUDGED that the motion be, and the same is hereby GRANTED.

**IT IS THEREFORE ORDERED** that the judgment in the above-referenced case be unsealed for the *limited purpose* of disclosure to the International Prisoner Transfer Unit, United States Department of Justice, in order that said judgment may be included in the defendant's pending international prisoner transfer request and forwarded to authorities in the defendant's home country for that purpose.

**DONE AND ORDERED** in Chambers at Miami, Florida on this ___ day of October, 2019.

HON. KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy to:   AUSA Richard E. Getchell
           Stephen Golembe, Esq.